JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROWA VU BUI, <br> Petitioner, <br> v. <br> KELLY HARRINGTON, Warden, <br> Respondent. | Case No. SA CV 10-638-DSF (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

Dated: 8/5/13

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE